STEPHENS-ADAMSON MANUFACTURING COMPANY, AP-
PELLANT, v. MOSES BIGELOW AND OTHERS, RE-
SPONDENTS.

*Argued June 23, 1914—Decided November 16, 1914.*

On error to the Supreme Court, whose opinion is reported in 84 *N. J. L.* 585.

For the appellant, *Samuel J. Macdonald*.

For the respondents, *Hugh B. Reed*.

PER CURIAM.

We agree with the views expressed by Mr. Justice Voor-hees for the Supreme Court. It may be well to add that we have considered the argument of appellant that "the fact that the time of delivery was left blank did not make the contract incomplete, because the law completed it." The reference is to section 43 of the Sale of Goods act (*Comp. Stat., p.* 4657), but that provision is applicable only to cases where no time for sending the goods is fixed. Here the proof was that the time was fixed. The appellant would read the section as if it read "where no time for sending them is fixed by a writing expressing the other terms of the contract." This would be

an unwarrantable extension of the rule of Naumberg *v.* Young, which applies only where the written contract purports *on its face* to be complete; this excludes the case where the statute must be resorted to.

The judgment of the Supreme Court is affirmed, but, as the result is a new trial, it is without costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ. 12.

*For reversal*—None.